PD-1683_1687-15

No. _____

CALEB LOGAN HART          ✱          IN THE COURT OF

V.                        ✱          CRIMINAL APPEALS

THE STATE OF TEXAS        ✱          OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2015

Abel Acosta, Clerk

PRO-SE MOTION FOR EXTENSION OF TIME TO
FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

Comes now the Appellant / Petitioner in the above styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Appellant's Pro-Se Petition for Discretionary Review and in support thereof would show the court the following:

1. The style and number of this cause in the Court of Appeals is: Caleb Logan Hart V. The State of Texas; Appeal No's 07-14-00371-CR through 07-14-00375-CR.

2. The style and number of this cause in the Trial Court is: The State of Texas V. Caleb Logan Hart; Cause No's. 9662 through 9666 from the 31st District Court of Gray County, Texas.

3. The conviction was affirmed on November 25, 2015 in part and remanded for a new punishment phase on cause 9666.

4. The deadline for filing the Appellant's petition for discretionary review is December 28, 2015.

5. An extension of time for a period of ninety (90) days would make the due date March 28, 2016.

6. No prior request for an extension of time have been made.

FILED IN
COURT OF CRIMINAL APPEALS

DEC 30 2015

Abel Acosta, Clerk

1 of 2

7. The facts relied upon to show good cause for the requested extension of time are as follows: The Appellant / Petitioner was represented by court appointed counsel during the appeal of this case to the Court of Appeals after the conviction, the trial court refuses to appoint counsel to file a Petition of Discretionary Review. Therefore, additional time is needed for the Appellant / Petitioner to either prepare and file the petition pro-se, or to seek legal assistance in filing the petition.

Wherefore, Premises Considered, the Appellant / Petitioner respectfully request that this Honorable Court extend time for filing the Petition for Discretionary Review in this Court to March 28, 2016.

Respectfully Submitted,

Caleb L. Hart

Caleb Hart # 01961094
Telford Unit
3899 State Hwy 98
New Boston, Texas 75570

I Caleb Logan Hart, TDCJ ID No. 01961094, being presently incarcerated at the Barry Telford Unit, Bowie County, Texas hereby declare under penalty of perjury that the above mentioned are true and correct to the best of my Knowledge.

Executed on the 22nd day of December 2015.

2 of 2.